# EXHIBIT C

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

February 23, 2007

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 200
Orange, CA 92868

Re: **Notice of Rescission by Maurice Richer, Jr., of 230 Arnold Road, Coventry, RI 02816, Loan Number: 0110356680-5594, Closing Date:02/15/2005**

To Whom It May Concern:

I represent Maurice Richer, Jr., concerning the mortgage loan transaction he entered into with Ameriquest Mortgage Corporation on February 15, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Richer was given incomplete and therefore inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on Mr. Richer property located at 230 Arnold Road, Coventry, RI 02816 is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Maurice Richer, Jr.**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Maurice Richer, Jr.

TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534