IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAURICE RICHER, JR. Plaintiff, | : | C.A. NO. 07-079-ML |
| VS. | : | |
| AMERIQUEST MORTGAGE COMPANY Defendant | : | |

**PLAINTIFF'S ANSWER TO THE DEFENDANT'S COUNTERCLAIM**

Plaintiff Maurice Richer, Jr., ("Plaintiff") by and through his attorney, Christopher M. Lefebvre, hereby answer the Defendant's Counterclaim filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and states:

1. Plaintiff admits the allegations set forth in paragraphs 1, 2, 3, 6, and 7 of the Defendant's Counterclaim.

2. Plaintiff denies the allegations set forth in paragraphs 4, 8, and 9 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiff is not required to respond. To the extent that a further response may be required, Plaintiff prays that the Defendant's Counterclaim be dismissed with prejudice and that the Court enters a judgment in Plaintiff favor on all counts of his Complaint, that Plaintiff be awarded the cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiff prays that the Court dismiss the Defendant's Ameriquest

Mortgage Company Counterclaim requesting Declaratory Relief.

Respectfully submitted,

/s/Christopher M. Lefebvre
Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019

**CERTIFICATION**

I hereby certify that a copy of the Plaintiff's Answers to the Defendant's Counterclaim was electronically served on March 26, 2007 via the ECF System on the following participant:

Steven E. Snow
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

/s/Christopher M. Lefebvre